**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6279**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

WILLIAM HERRING,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, District Judge. (1:10-cr-00336-CCB-14)

_____

Submitted: July 18, 2013           Decided: July 22, 2013

_____

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Herring, Appellant Pro Se.  Christopher John Romano, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Herring appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in his sentence based on Amendment 750 to the U.S. Sentencing Guidelines Manual (2011). We have reviewed the record and hold the district court did not abuse its discretion in denying the relief Herring sought. See United States v. Munn, 595 F.3d 183, 186 (4th Cir. 2010) (stating standard of review). Accordingly, we affirm for the reasons stated by the district court. See United States v. Herring, No. 1:10-cr-00336-CCB-14 (D. Md. Feb. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED